# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

USCA NO. _____

SDNY NO. _07 cv 5840_

-----------------------------------------------------------

*Scott*

-v-

*The State of New York Sing Sing Facility*

-----------------------------------------------------------

JUDGE: _DAB_

DATE: _July 24, 2007_

JUL 24 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____ THOMAS PISARCZYK _____

FIRM _____ APPEALS  SECTION _____

ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY_

_500 PEARL STREET, NEW YORK, NEW YORK 10007_

PHONE NO. _____ (212) 805-0636 _____

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------------

DOCUMENTS                                                                       DOC#

Clerk's Certificate

See Attached List of Numbered Documents

( X ) Original Record                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _24th_ Day of _July_, 2007.

**United States District Court for
the Southern District of New York**

Date: _July 29, 2007_

U.S.C.A. # _____

------------------------------------------------------------

_Scott_

-V-

_The State of NY Sing Sing Fac._

------------------------------------------------------------

U.S.D.C. # _07 cv 5840_

D.C. JUDGE _DAB_

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__ , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

_____

_____

_____

_____

_____

_____

_____

_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _29th_ Day of _July_ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
              Deputy Clerk

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-05840-DAB**
**Internal Use Only**

Scott v. The State of New York Sing Sing Facility
Assigned to: Judge Deborah A. Batts
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/20/2007
Date Terminated: 06/20/2007
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Kemorley Joseph Scott.(jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 2 | COMPLAINT against The State of New York Sing Sing Facility. Document filed by Kemorley Joseph Scott.(jeh) (Entered: 06/28/2007) |
| 06/20/2007 | | Magistrate Judge Theodore H. Katz is so designated. (jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL; I grant plaintiff's request to proceed in forma pauperis, but accordingly, since complaint fails to state a claim in which relief can be granted, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2)(B) (ii). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) (Entered: 06/28/2007) |
| 07/05/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Kemorley Joseph Scott. (tp) (Entered: 07/19/2007) |
| 07/05/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Kemorley Joseph Scott. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07. (tp) (Entered: 07/19/2007) |
| 07/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/19/2007) |
| 07/19/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/19/2007) |