

S.D.N.Y. - N.Y.C.
07-cv-5840
Batts, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30ᵗʰ day of November , two thousand seven,

Present:

        Hon. Dennis Jacobs,
               *Chief Judge,*
        Hon. Barrington D. Parker,
        Hon. Richard C. Wesley,
               *Circuit Judges.*



Kemorley Joseph Scott,

        *Plaintiff-Appellant,*

    v.                                    07-3164-pr

The State of New York Sing Sing Facility,

        *Defendant-Appellee.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an

SAO-MML

**Issued as Mandate:**      JAN 4 200*2*

arguable basis in law or fact.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

NOV 3 0 2007.

SAO-MML

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

y

DEPUTY CLERK

S.D.N.Y. - N.Y.C.
07-cv-5840
Batts, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of November , two thousand seven,

Present:

Hon. Dennis Jacobs,
*Chief Judge,*
Hon. Barrington D. Parker,
Hon. Richard C. Wesley,
*Circuit Judges.*



Kemorley Joseph Scott,

*Plaintiff-Appellant,*

v.

07-3164-pr

The State of New York Sing Sing Facility,

*Defendant-Appellee.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an

SAO-MML

arguable basis in law or fact.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

NOV 3 0 2007.

SAO-MML

THE MANDATE CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION  ( ) STATEMENT OF COSTS
( ) ORDER

RECEIVED BY:_____ DATE _____